FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. GUILFORD, | |
| Plaintiff, | 3:17-cv-00038-RCJ-VPC |
| vs. | **ORDER** |
| STATE BAR OF CALIFORNIA, | |
| Defendant. | |

On May 23, 2017, the Court ordered Plaintiff David Guilford to file, within twenty-one days, a memorandum of points and authorities showing cause why this action should not be dismissed on the basis of Defendant's Eleventh Amendment immunity. (*See* Order, ECF No. 7.) Plaintiff's deadline is now passed, and he has failed to comply with the order to show cause. Therefore, consistent with the analysis in the Court's May 23 order, Plaintiff's case is dismissed with prejudice under the Eleventh Amendment.

### CONCLUSION

IT IS HEREBY ORDERED that the action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

July 12, 2017.

_____
ROBERT C. JONES
United States District Judge

1 of 1